Beth S. Rose, Esq.
Vincent Lodato, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
E-mail: brose@sillscummis.com
E-mail: vlodato@sillscummis.com
*Attorneys for Defendant*
*Amazon.com, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **LEON SANTORE and CYNTHIA SANTORE, h/w,**     Plaintiffs, v. **AMAZON.COM, INC., POWEREXTRA d/b/a SHENZHEN CENTER POWER TECH, LLC (a subsidiary of SHENZHEN INDUSTRIES), SHENZHEN-AMERICAS TRADING COMPANY, LLC, JANE DOE 1-5, Fictitious Persons, XYZ CORPORATIONS 1-5, Fictitious Corporations (fictitious names pursuant to R. 4:26-4), jointly, severally and in the alternative,**     Defendants. | Civil Action No: _____ |

**DECLARATION OF VINCENT LODATO**
**IN SUPPORT OF NOTICE OF REMOVAL**

VINCENT LODATO, under penalty of perjury, hereby declares as follows:

1.    I am Of Counsel at Sills Cummis & Gross P.C., counsel for Defendant Amazon.com, Inc. ("Amazon") in this action. I submit this Declaration in support of Amazon's Notice of Removal.

2. On January 12, 2023, I accessed the Delaware Secretary of State Division of Corporation's website (www.corp.delaware.gov) and conducted a search for information regarding Shenzhen-Americas Trading Company, LLC ("Shenzhen-Americas"). The website does not identify any of the members of Shenzhen-Americas, but it identifies a registered agent with an address in Delaware. Attached as Exhibit A is a true and correct copy of the results of my search of the Delaware Secretary of State Division of Corporation's website related to Shenzhen-Americas.

3. Through the Delaware Secretary of State Division of Corporation's website, I was able to obtain a copy of the Certificate of Formation that Shenzhen-Americas filed on January 25, 2016. The Certificate of Formation does not identify any of the members of Shenzhen-Americas. Attached as Exhibit B is a true and accurate copy of the Certificate of Formation filed by Shenzhen-Americas.

4. On January 12, 2023, I ran several searches through Westlaw for information related to Shenzhen-Americas. A search of Westlaw's company investigator database for Shenzhen-Americas revealed a business address in Plano, Texas. The database did not identify any of the members of Shenzhen-Americas. Attached as Exhibit C is a true and accurate copy of the results from my search of Westlaw's company investigator database for Shenzhen-Americas. Additional searches of other Westlaw databases did not reveal any information regarding the members of Shenzhen-Americas.

5. On January 12, 2013, I also ran a search of PACER and Google related to Shenzhen-Americas. Those searches did not reveal any information regarding the members of Shenzhen-Americas.

6.      Despite a diligent search of publicly available information, I was unable to locate any documents or information identifying the members of Shenzhen-Americas.  During my searches, I did not come across any documents or information that any members of Shenzhen-Americas resided in or had any connection to New Jersey

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: January 17, 2023

<u>s/ Vincent Lodato</u>
VINCENT LODATO

# EXHIBIT A

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5946250 | Incorporation Date / Formation Date: | 1/25/2016 (mm/dd/yyyy) |
| Entity Name: | SHENZHEN-AMERICAS TRADING COMPANY, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | WORLDWIDE INCORPORATORS LTD. | | |
| Address: | 3411 SILVERSIDE RD STE 104 TATNALL BLDG | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19810 |
| Phone: | 302-477-0500 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:57 AM 01/25/2016
FILED 11:57 AM 01/25/2016
SR 20160375118 - File Number 5946250

# CERTIFICATE OF FORMATION
## OF
## Shenzhen-Americas Trading Company, LLC

The undersigned, being an authorized person for purposes of executing this Certificate of Formation on behalf of Shenzhen-Americas Trading Company, LLC, a Delaware Limited Liability Company (the "L.L.C."), desiring to comply with the requirements of 6 Del.C. Section 18-201 and the other provisions of the Delaware Limited Liability Company Act, 6 Del.C. Section 18-101, et seq. (the "Act"), hereby certifies as follows:

1. Name of the L.L.C. - The name of the L.L.C. is: Shenzhen-Americas Trading Company, LLC.

2. Registered Office and Registered Agent of the L.L.C. - The name of the registered agent for service of process on the L.L.C. in the State of Delaware is Agents and Corporations, Inc. The address of the registered agent of the L.L.C. and the address of the registered office of the L.L.C. in the State of Delaware is 1201 Orange Street, Suite 600, Wilmington, DE 19801.

3. Date of Formation and Effective Date - The date of formation and the effective date of the L.L.C. shall be the date of filing of this Certificate of Formation with the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, the undersigned hereby executes this Certificate of Formation in accordance with the provisions of 6 Del.C. Section 18-201 on January 25, 2016.

*John L. Williams*
John L. Williams
(Authorized Person)

# EXHIBIT C

(11 Records)

Business Overview (1)
Phone Numbers (1)
Businesses with Same Address (1)
People with Same Address (2)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Background Information
D&B Market Identifier Records Summary (1)
D&B Worldbase Summary (1)
Full-Text Documents
D&B Market Identifier Records (1)
D&B Worldbase (1)
Miscellaneous
Report Section(s) with no Matches (95)

## Business Overview (1 Section)



| Address: | 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306 |
|---|---|
| Phone Number: | (469) 250-0210 |
| Additional Entity Source(s): | D&B Market Identifiers (DMI) D&B Worldbase |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| DUNS: | 11-774-1401 |
| Number of Employees: | 2 |

## Phone Numbers (1 Record)

| Business | Phone Number |
|---|---|
| SHENZHEN-AMERICAS TRADING COMPANY, LLC | (469) 250-0210 |

## D&B Market Identifier Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | SHENZHEN-AMERICAS TRADING COMPANY, LLC | 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306 | | CUSTOM COMPUTER PROGRAMMING SERVICES, NSK | 07/25/2021 | Full-Text |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | SHENZHEN-AMERICAS TRADING COMPANY, LLC | 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306USA | Full-Text |

## Businesses with Same Address (1 Record)

### 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306

| PLANO INSPECTION CO INC | | |
|---|---|---|

## People with Same Address (2 Records)

### 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306

| DOROTHY WILLIAMSON | FRED BRADFORD | |
|---|---|---|

### 1308 CAPITAL AVE PLANO, TX 75074

| LEE WILLIAMSON | DOROTHY WILLIAMSON | IDA DOWNS |
|---|---|---|
| JAMES STOVER | FRED BRADFORD | ROBERT SPARKS |
| DANIEL DOSSEY | CHRISTIAN MCGOVERN | GREGORY MANDERSCHEID |
| CHARLES STAPLETON | | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | YES |
| **P.O. Box listed as Address:** | No |
| **Bankruptcy Debtor or Creditor:** | No |
| **Other Listings Linked to Business Phone Number:** | YES |
| **Other Businesses Linked to the Business Address:** | YES |
| **Other Businesses Linked to Same FEIN:** | No |
| **Key Nature of Suit:** | No |
| **Party to a Class Action last 12 months:** | No |

| | |
|---|---|
| **Going Concern:** | No |
| **MSB listing:** | No |
| **Healthcare Sanction:** | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| SATCO | 1308 CAPITAL AVE STE 7 PLANO, TX 75074 | High Rise | Possible Relationship | No | No |
| PLANO INSPECTION CO INC | 1308 CAPITAL AVE STE 7 PLANO, TX 1306 | High Rise | Shared Business Name | No | No |
| SHENZHEN-AMERICAS TRADING COMPANY, LLC | 1308 CAPITAL AVE STE 7 PLANO, TX 75074 | High Rise | Shared Business Name | No | No |

## D&B Market Identifier Records (1 Record)

To Summary
### 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306

#### BusinessInformation

| | | | |
|---|---|---|---|
| **Business Name:** | SHENZHEN-AMERICAS TRADING COMPANY, LLC | **Related Names:** | SATCO |
| **Business Address:** | 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306 | **County:** | COLLIN |
| **Year Started:** | 2016 | **Phone:** | (469) 250-0210 |
| **Line of Business:** | CUSTOM COMPUTER PROGRAMING | | |

#### SIC Information

| | | | |
|---|---|---|---|
| **Primary SIC:** | 7371 | **SIC Description:** | CUSTOM COMPUTER PROGRAMMING SERVICES, NSK |
| **Primary SIC:** | 7371 0300 | **SIC Description:** | COMPUTER SOFTWARE DEVELOPMENT AND APPLICATIONS |

#### Financial Information

| | | | |
|---|---|---|---|
| **Annual Sales:** | $46,164-ESTIMATED | **Annual Sales Revision Date:** | Annual Sales Revision Date:07/30/2022 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | **3-Yr-Ago:** | $ NOT AVAILABLE |
| **Sales Growth:** | % | | |
| **MSA Code:** | 1920 | **MSA Name:** | DALLAS, TX |
| | | **Industry Group:** | SERVICES - NON PROFESSIONAL |

### Employee Information

| | | | |
|---|---|---|---|
| **Employees Total:** | 2 | **Employees Here:** | 2-ESTIMATED |
| **1-Yr-Ago:** | NOT AVAILABLE | **Employment Growth:** | % |
| **3-Yr-Ago:** | NOT AVAILABLE | | |

### Other Information

| | | | |
|---|---|---|---|
| **DUNS:** | 11-774-1401 | | |
| **Business Is A:** | SINGLE LOCATION CORPORATION SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **Last Update to Record:** | 07/25/2021 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

# D&B Worldbase (1 Record)

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| **Business Name:** | SHENZHEN-AMERICAS TRADING COMPANY, LLC | **Secondary Business Name:** | SATCO |
| **Business Address:** | 1308 CAPITAL AVE STE 7 PLANO, TX 75074-1306 | **Mailing Address:** | ) |
| **County:** | COLLIN | | |
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | **Continent:** | 0 |
| **Phone Number:** | (469) 250-0210 | | |
| **Year Started:** | 2016 | **Operating Status:** | ACTIVE |
| **Duns ID:** | 11-774-1401 | | |
| **Last Update to Record:** | 07/24/2021 | | |

### Management Team

### Business Details

| | | | |
|---|---|---|---|
| **Line of Business:** | CSTM CMPTR PRGMG SV | | |
| **Primary SIC:** | 7371 | **Primary SIC Description:** | CUSTOM COMPUTER PROGRAMING |
| **Total Employees:** | 4-MODELED* | **Employees Here:** | 4-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| **Net Worth US:** | NOT AVAILABLE | **Profit US:** | NOT AVAILABLE |
| **Net Worth Local:** | NOT AVAILABLE | **Profit Local:** | NOT AVAILABLE |
| **Currency:** | U.S. DOLLAR | | |

### Sales Information

| | | | |
|---|---|---|---|
| **Annual Sales US:** | $46,164-MODELED | **Annual Sales Local:** | $NOT AVAILABLE |

### Company History/Operations/Relationships & Other Information

#### This Company's Specifics

| | | | |
|---|---|---|---|
| **DUNS:** | 11-774-1401 | | |
| **Legal Status:** | CORPORATION | | |
| **Ownership Is:** | PRIVATELY OWNED | | |
| **Business Is A:** | SINGLE LOCATION | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Report Section(s) with no Matches (95 Records)

Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, Corporate Filings Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, People with Same Phone Number, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, Corporate Filings, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records