# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LEON SANTORE and CYNTHIA SANTORE, h/w,
    Plaintiff(s),

V.

AMAZON.COM, INC., POWEREXTRA et al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-211

Notice is hereby given that, subject to approval by the court, __AMAZON.COM, INC.__ substitutes
(Party(s) Name)

__Anthony C. Nwaneri, Esq.__, State Bar No. __015762008__ as counsel of record in
(Name of New Attorney)

place of __Beth S. Rose, Esq. and Vincent Lodato, Esq.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: BBC Law, LLP
    Address: 90 Broad Street, Suite 1906, New York, New York 10004
    Telephone: (646) 856-0374    Facsimile _____
    E-Mail (Optional): anwaneri@bbclawfirm.com

I consent to the above substitution.
Date: _____

(Signature of Party(s))

I consent to being substituted.
Date: 3/10/23

*Vincent Lodato* (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/16/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]